UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: ) | |
| ) | 1:11-mc-3 |
| Loring Justice, Esq. ) | |
| BPR No. 019446 ) | Chief Judge Curtis L. Collier |
| ) | |

## O R D E R

Pursuant to E.D. Tenn. L.R. 83.7(m), Celeste Creswell, Esq. is hereby **APPOINTED** to investigate allegations of misconduct on the part of Loring Justice, Esq. as well as to prosecute any disciplinary proceedings, respond to any filings by Mr. Justice, and to represent the Court in any appeal which should arise from the investigation.

It is further **ORDERED** that the Clerk of Court provide attorney Creswell with access to all sealed documents in *Scotty Lee Thomas v. Lowe's Home Centers, Inc.*, No. 3:07-cv-372.

This matter shall be **SEALED** until further order of the Court.

**SO ORDERED.**

**ENTER:**

/s/
CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE

1