S. Morris Hadden
William C. Bovender
William C. Argabrite
Jimmie Carpenter Miller
Mark S. Dessauer
Gregory K. Haden
Michael L. Forrester
Stephen M. Darden
Edward J. Webb, Jr.
James N. L. Humphreys
Suzanne Sweet Cook
Michael S. Lattier
Scott T. Powers

**Respond to:**
Kingsport Office
James N. L. Humphreys
423-378-8862
humphrey@hsdlaw.com

# HUNTER·SMITH·DAVIS
## SINCE 1916 LLP

**Kingsport Office**
1212 North Eastman Road
P.O. Box 3740
Kingsport, TN 37664
Phone (423) 378-8800
Fax (423) 378-8801

**Johnson City Office**
100 Med Tech Parkway
Suite 110
Johnson City, TN 37604
Phone (423) 283-6300
Fax (423) 283-6301

FILED
2017 FEB -2 P 1: 11
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

Leslie Tentler Ridings
Christopher D. Owens
Chad W. Whitfield
Jason A. Creech
Meredith Bates Humbert
Joseph B. Harvey
Rachel Ralston Mancl
Caroline Ross Williams
Marcy E. Walker
Karen L. Kane
Teresa Mahan Lesnak *
Michael A. Eastridge *
Jeannette Smith Tysinger*

*Of Counsel*

www.hsdlaw.com

January 31, 2017

CNA.91095

RE: Paulette Salmons, Administrator, etc. v. Summit View of Lake City, LLC
Anderson County Circuit Court; Civil Action No.: B5LA0001

Loring E. Justice, Esq.
**LORING JUSTICE, P.L.L.C.**
11911 Kingston Pike, Suite 201
Knoxville, TN 37934

Dear Loring:

As you suggested, I have issued a subpoena for the production of certain documents from <u>In Re Loring E. Justice</u>, U.S. District Court, Civil Action No. 1:11-mc-3.

As I represented to Judge Elledge at the hearing on January 20, 2017, I understand you want to get guidance from the U.S. District Court before producing these specific documents because they were filed under seal. I agree this is appropriate.

In addition, I agree to take these documents subject to a protective order which prevents me from using these documents outside the litigation in Anderson County Circuit Court. Although I do not know this, I suspect these documents were filed under seal because they reference "Mr. K." in Judge Collier's opinion. I understand Mr. K. is deceased, so it may be unnecessary to protect Mr. K. now.

I sent the subpoena to the Anderson County Circuit Court Clerk to issue. Presumably, the Sheriff will serve the subpoena shortly. I copied the U.S. District Court Clerk so the Court knows what is happening.

Very truly yours,

HUNTER, SMITH & DAVIS, LLP

*Jas. N.L. Humphreys*

James N. L. Humphreys

humphreys/CNA/Salmons v. Summit View of Lake City, LLC
cc: U.S. District Court Eastern District of Tennessee, Clerk (w/enc.)
<u>In Re Loring E. Justice</u>, U.S. District Court, Civil Action No. 1:11-mc-3