| Circuit Court<br>Anderson County<br>Tennessee | **SUBPOENA** | Case Number<br>B5LA0001 |
|---|---|---|

**Paulette Salmons, Adm., etc. vs. Summit View of Lake City, LLC**
[Plaintiff's Name]        [Defendant's Name]

To:      Loring E. Justice, Esq.
**LORING JUSTICE, P.L.L.C.**
11911 Kingston Pike, Suite 201
Knoxville, TN 37934
(865) 584-8620

Under penalty prescribed by law, you are commanded:

❏ 1. *Subpoena for Attendance at Hearing or Trial* – to appear personally before the _____ Court of _____ County, _____[street address]_____, _____[city/town]_____, Tennessee, on _____[date]_____ at ____[time]____ a.m./p.m., and give testimony, pursuant to Rule 45.01 and 45.05 of the Tennessee Rules of Civil Procedure; when you arrive, you must remain at the court until the judge or a court officer allows you to leave;

XX❏ 2. *Subpoena for Production of Documentary Evidence (Books, Papers, Documents, etc.)* – to produce and permit inspection, copying, testing, or sampling of the following designated books, papers, documents, electronically stored information, or tangible things: **From In re: Loring E. Justice, Civil Action No. 1:11-mc-3: (a) Entire Motion for New Trial (Doc. No 40) including all exhibits, especially Exhibit C (Report of Dr. Edward Workman), (b) All documents filed in opposition to Dr. Workman's report, and (c) Trial Vol. III** and to swear or affirm that the things produced are authentic to the best of your knowledge, information, and belief, and to state whether all responsive things have been produced, pursuant to Rule 45.02 of the Tennessee Rules of Civil Procedure; the subpoenaed items must be produced at **Anderson County Circuit Court, 100 North Main Street, Room 301, Clinton, TN 3771 on or before March 10, 2017 at 9:00 a.m.**

❏ 3. *Subpoena for Inspection of Premises* – to permit inspection of the following premises: _____ [address of premises to be inspected] _____ on _____[date]_____ at __[time]__ a.m./p.m., pursuant to Rule 45.02 of the Tennessee Rules of Civil Procedure; and/or

❏ 4. *Subpoena for Deposition Testimony* – to appear personally at ___[address of deposition location]___ in ___[city/town]___ _____, Tennessee, on _____[date]_____, at _____[time]_____ a.m./p.m., then and there to testify by deposition in this matter, and to bring the following items: _____
pursuant to Rule 45.04 of the Tennessee Rules of Civil Procedure.

<u>Notice for a subpoena for production of documentary evidence (#2 above) or for a subpoena for deposition testimony (#4 above)</u>: The failure to serve an objection to this subpoena within twenty-one days after the day of service of the subpoena waives all objections to the subpoena, except the right to seek the reasonable cost for producing books, papers, documents, electronically stored information, or tangible things.

This subpoena is issued on behalf of Plaintiff ❏ or Defendant XX❏. The name, address, and telephone number of the issuing party's attorney are:   **James N. L. Humphreys**
**HUNTER SMITH & DAVIS**
**P.O. Box 3740, Kingsport, TN 37664, (423) 378-8862**

Signature of issuing party's attorney: *[signature]*

Date Issued: _____      _____
                                                                           Signature of Clerk/Deputy Clerk

For Americans With Disabilities Act (ADA) assistance <u>only</u>, call: _____ [name & telephone number] _____.

(This is a general form subpoena. The party issuing the subpoena is responsible for complying with any provision of law imposing additional notice requirements that apply to the pending case or to the type of records being sought under this subpoena.)

| Circuit Court<br>Anderson County<br>Tennessee | **SUBPOENA** | Case Number<br>B5LA0001 |
|---|---|---|
| | Paulette Salmons, Adm., etc. vs. Summit View of Lake City, LLC<br>[Plaintiff's Name]      [Defendant's Name] | |

**NOTICE: YOU CAN BE FOUND IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH THIS SUBPOENA AND IF FOUND GUILTY OF CONTEMPT YOU MAY BE FINED, IMPRISONED, OR BOTH.**

### RETURN OF SERVICE

**Check one of the following boxes:** Box 1 or Box 2 is only for the return by an authorized officer, by an attorney, or by an attorney's agent; pursuant to Tenn. Code Ann. § 23-2-105, the return by an attorney or the attorney's agent must be sworn to. Box 3 is only for the person named in the subpoena (or the authorized representative of an organization named in the subpoena) who acknowledges service, and such person must sign in the signature box below.

☐ 1. I certify that on the date indicated below I served a copy of this subpoena on (state the identity of the person served, and the place and manner of service): _____

☐ 2. I was unable to serve a copy of this subpoena on the person named in the subpoena because _____

☐ 3. I acknowledge being served with this subpoena on the date indicated below.

| FOR RETURN BY ATTORNEY OR ATTORNEY'S AGENT:<br><br>Sworn to and subscribed before me on this ____ day of _____, 20 ___.<br><br>☐ Notary Public or ☐ Deputy Clerk:<br><br><br>My Commission Expires: | DATE OF SERVICE:<br><br><br>SIGNATURE OF OFFICER, ATTORNEY OR ATTORNEY'S AGENT, OR PERSON ACKNOWLEDGING SERVICE: |
|---|---|

(This is a general form subpoena. The party issuing the subpoena is responsible for complying with any provision of law imposing additional notice requirements that apply to the pending case or to the type of records being sought under this subpoena.)